JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>Calvin Johnson,<br><br>        Defendant | No. CV 12-10928<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Calvin Johnson, in the principal amount of $3,955.01 plus interest accrued to December 19, 2012, in the sum of $5,621.52; with interest accruing thereafter at the daily rate of $0.76 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$9,576.53**.

DATED: January 24, 2013        By: Terry Nafisi
                                                Clerk of the Court

                                                /s/ B. Pacillas
                                                    Deputy Clerk
                                       United States District Court